IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BERNARD JASON BRADLEY,
Husband,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

CASE NO. 1D14-3708

v.

STEPHANIE ROSE BRADLEY,
Wife,

Appellee.

_____/

Opinion filed April 13, 2015.

An appeal from the Circuit Court for Alachua County.
James Colaw, Judge.

Sonya Rudenstine, Gainesville, for Appellant.

Stephanie Bradley, pro se, Appellee.

PER CURIAM.

     AFFIRMED.

WOLF, BENTON, and RAY, JJ., CONCUR.